# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**LAWRENCE HAYES,**                                                     **PLAINTIFF**
**ADC #149601**

v.                      Case No.: 4:20-cv-01291-LPR-JTK

**COREY HAYNIE, et al.**                                         **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition ("PFRD") submitted by United States Magistrate Judge Jerome T. Kearney. (Doc. 37). No objections have been filed, and the time to do so has expired. After a careful and *de novo* review of the PFRD and the record, the Court concludes that the PFRD should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. It is therefore ORDERED that summary judgment be entered in favor of Defendant Haynie on the individual-capacity claims brought against him.

IT IS SO ORDERED this 18th day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE