IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAWRENCE HAYES,**      **PLAINTIFF**
**ADC #149601**

v.      Case No.: 4:20-cv-01291-LPR-JTK

**COREY HAYNIE, et al.**      **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed on this date and previous orders in this case, it is considered, ordered, and adjudged that (1) Plaintiff's entire Complaint (including official-capacity claims and individual-capacity claims) is dismissed without prejudice as to Defendants Jarvis Bell, James Gaskin, and Antonio D. Johnson, Jr., (2) Plaintiff's official-capacity claims against Defendant Corey Haynie are dismissed without prejudice, and (3) judgment is entered in favor of Defendant Corey Haynie with respect to the individual-capacity claims brought against him.

IT IS SO ADJUDGED this 18th day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE